# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JACQUELINE FERGUSON,

    **Plaintiff,**

**-vs-**             **Case No.  6:05-cv-1261-Orl-KRS**

COMMISSIONER OF SOCIAL
SECURITY,

     **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) (Doc. No. 21)** |
| **FILED:** | **December 4, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The plaintiff, Jacqueline Ferguson, seeks an award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  Pursuant to the consent of the parties, this matter was referred to me for disposition under 28 U.S.C. § 636(c).  Doc. Nos. 10, 12.  A final judgment reversing the decision below was entered on September 5, 2006. Doc. No. 20.  An award of fees is, therefore, ripe for consideration.

Ferguson's attorney seeks $4,581.78 in attorney's fees for 28.4 hours of work: 7.2 hours of work performed in 2005; and 21.2 hours of work performed in 2006.  Doc. No. 21. The EAJA sets a ceiling of $125.00 on the hourly rate for which attorneys may be compensated under the statute, which courts may adjust upward based on changes in the Consumer Price Index (CPI).   28 U.S.C. § 2412(d)(2)(A).  Ferguson has presented an analysis of changes in the CPI that supports adjustment of the rate in this case to $157.68 per hour for work performed in 2005, and $162.57 for work performed in 2006. Doc. No. 21-2.  This would lead to an award of $1,135.30 for work performed in 2005, and $3,446.48 for work performed in 2006, for a total award of $4,581.78.  The defendant, the Commissioner of Social Security, does not oppose these hourly rates or the number of hours worked.  Doc. No. 22.

After reviewing the papers submitted by Ferguson, I find that the fees requested are appropriate in the absence of objection.  It is, therefore, **ORDERED** that Ferguson is awarded $4,581.78 in attorney's fees.

**DONE** and **ORDERED** in Orlando, Florida on December 13, 2006.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties